



## MEMORANDUM OPINION

No. 04-10-00146-CR

John **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR1513A
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed: March 3, 2010

DISMISSED

     John Martinez filed a notice of appeal seeking to appeal the trial court's order deferring

Martinez's adjudication in the underlying cause on March 31, 2009. The order was in accordance

with Martinez's plea bargain agreement, and the record does not contain a trial court's certification

showing Martinez has the right of appeal.  Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH